UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENNIE SAYEE KOFFA,

                Plaintiff,

    v.

ANDREW, et al.,

                Defendants.

CASE NO. 17-1466 JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

       The Clerk is directed to send a copy of this Order to plaintiff.

       DATED this 2nd day of October, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge