UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNIE SAYEE KOFFA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C17-1466-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Bennie Koffa's application for court-appointed counsel. (Dkt. No. 4.) The Court finds that it is appropriate to forward Plaintiff's case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order, September 21, 2006, Section 3(c). The Court DIRECTS the Clerk to forward the necessary materials, including Plaintiff's motion for appointment of counsel and complaint, to the Screening Committee for the Pro Bono Panel.

DATED this 23rd day of October 2017.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/*Tomas Hernandez*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk