THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNIE SAYEE KOFFA, | CASE NO. C17-1466-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANDREW, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff Bennie Koffa seeks court-appointed counsel. (Dkt. No. 4.) The Court has forwarded the necessary materials to the Federal Bar Association's Pro Bono Panel Screening Committee. (Dkt. No. 6.); *see* General Order, September 21, 2006, Section 3(c). The Committee has not yet ruled on the issue.

The Court DIRECTS the Clerk to renote Plaintiff's motion to appoint counsel (Dkt. No. 4) and Plaintiff's motion for deposition (Dkt. No. 8), as well as Defendants' motion to dismiss (Dkt. No. 7) to December 22, 2017 in order to provide the Committee adequate time to advise on Plaintiff's request for counsel.

//
//

DATED this 20th day of November 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk