THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNIE SAYEE KOFFA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW, *et al.*,<br><br>    Defendants. | CASE NO. C17-1466-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 4). The Court referred the motion to the Pro Bono Screening Committee. (Dkt. No. 6.) The Committee recommended that counsel not be appointed. Accordingly, the Court DENIES Plaintiff's motion to appoint counsel (Dkt. No. 4).

DATED this 1st day of December 2017.

                <u>William M. McCool</u>
                Clerk of Court

                s/Tomas Hernandez
                Deputy Clerk